STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Creditors Committee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT of NEVADA

* * * * *

IN RE:

JOHN DAVIS TRUCKING COMPANY, INC.,

Debtor.
_____/

Case No.: BK-14-51643-btb
(Chapter 11)

DECLARATION OF SCOTT A. GLOGOVAC, ESQ. OF GLOGOVAC & PINTAR IN SUPPORT OF EX PARTE APPLICATION FOR ORDER AUTHORIZING OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SPECIAL COUNSEL
[GLOGOVAC & PINTAR]

DATE: N/A
TIME:

SCOTT A. GLOGOVAC, ESQ., under penalty of perjury of the laws of the United States, declares:

1.  I am an attorney, duly licensed by the State of Nevada, and am a principal of GLOGOVAC & PINTAR, which law firm maintains offices at 427 West Plumb Lane, Reno, NV 89509.

2.  I make this Declaration in support of the EX PARTE APPLICATION FOR ORDER AUTHORIZING OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SPECIAL COUNSEL [GLOGOVAC & PINTAR] filed herein by the Committee of Unsecured Creditors (the "Committee"), requesting an Order authorizing retention of SCOTT

A. GLOGOVAC, ESQ., of GLOGOVAC & PINTAR, as special counsel for the Committee, in compliance with §§ 327 and 1103, to provide the disclosure required under F.R.Bankr.P.2014. Unless otherwise stated in this Declaration, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires subsequent amendment or modification by SCOTT A. GLOGOVAC, ESQ., of GLOGOVAC & PINTAR, after completion of further analysis or as additional creditor information becomes available to it, one or more supplemental declarations will be submitted as required.

3. In connection with this proposed retention, I conducted a conflict check to determine whether I or GLOGOVAC & PINTAR have connections to parties in interest and if so, whether such connections related in any way to the proposed representation of the Committee in this case. Based on this review process, and subject to the disclosures below, it appears that I and the law firm of GLOGOVAC & PINTAR do not hold an interest that is adverse to the Committee or the Debtor's estate, are a disinterested person who does not hold or represent any interest adverse to and has no connection with the Committee or the Debtor herein, its creditors or any party-in-interest in the matters for which I am to be retained. Accordingly, I believe I am a "disinterested person" within the meaning of §101(14) of the Bankruptcy Code.

4. I have advised the Committee of my willingness to serve as its special counsel and to accept compensation and reimbursement of expenses in accordance with its standard billing practices as more fully set forth in the Application and subject to this Court's approval in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and Orders of the Court. To the best of my knowledge, neither I nor any employee of GLOGOVAC & PINTAR, nor any contract attorney or paralegal used by GLOGOVAC & PINTAR from time to time, has any connection with the Committee or the Debtor, its creditors or any other party-in-interest, or its respective attorneys and accountants, or the United States Trustee or any person employed in the office of the United States Trustee.

5. GLOGOVAC & PINTAR's hourly rates as charged to bankruptcy and non-bankruptcy clients are as follows:

| | | |
|---|---|---|
| 1 | SCOTT A. GLOGOVAC, ESQ. | $250.00 |
| 2 | PROFESSIONAL STAFF | $200.00 to $250.00 |

GLOGOVAC & PINTAR's hourly billing rates are subject to periodic adjustment to reflect economic and other conditions. GLOGOVAC & PINTAR will abide by the rules and regulations relating to such matters which have been adopted by this Court and by the office of the United States Trustee for the District of Nevada.

6. No agreement exists, nor will any be made, to share any compensation received by SCOTT A. GLOGOVAC, ESQ., of GLOGOVAC & PINTAR for its services on behalf of the Committee with any other person or firm.

7. In conclusion, insofar as I have been able to ascertain and subject to any disclosures herein contained, neither I nor any member, or employee or associate of GLOGOVAC & PINTAR, represents any interest adverse to the Committee or the Debtor herein, or its estates, in the matters upon which I am to be engaged. Accordingly, I believe I am a "disinterested person" within the meaning of §101(14) of the Bankruptcy Code and am, in all respects, eligible to be retained by the Committee under the applicable law.

Dated this 8th day of May, 2015.

SCOTT A. GLOGOVAC, ESQ.,
GLOGOVAC & PINTAR

Proposed SPECIAL COUNSEL
for Committee

Harris Law Practice LLC
6151 Lakeside Drive
Suite 2100
Reno, Nevada 89511
(775) 786 7600

3