Jeffrey L. Hartman, Esq. #1607
**HARTMAN & HARTMAN**
510 West Plumb Lane, Suite B
Reno, Nevada  89509
Telephone: (775) 324-2800
Telecopier: (775) 324-1818
notices@bankruptcyreno.com

E-Filed 5/21/15

Attorney for Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE: | CASE NO.   14-51643-BTB |
| JOHN DAVIS TRUCKING COMPANY, INC., | CHAPTER   11 |
| Debtor in Possession. | **DECLARATION OF JEFFREY HARTMAN IN SUPPORT OF DEBTOR'S REPLIES TO OPPOSITIONS FILED BY CREDITORS' COMMITTEE AND AMTRAK  TO MOTION FOR ORDER AUTHORIZING SECOND SALE OF PERSONAL PROPERTY AND EMPLOYING RITCHIE BROS.; PAYMENT OF COMMISSION** |
| / | **Hearing Date: May 29, 2015**<br>**Hearing Time: 10:00 a.m.** |

Jeffrey L. Hartman, under penalty of perjury of the laws of the United States, declares:

1. I am an attorney in good standing with the State Bar of Nevada and am admitted to practice in this Court.

2. I am general bankruptcy counsel for John Davis Trucking Company, Inc., the debtor in possession in this case.

3. I have personal knowledge of the matters stated herein and as to those matters stated on information and belief I believe them to be accurate.

4. The first Ritchie Bros. auction approved by the Court in this case was held on March 17, 2015.

5. On April 13, 2015, I received a printout from Ritchie Bros. showing the results of the auction.  That printout indicated proceeds of $533,500 "total for this Owner".  **Exhibit**

1   **A.**

2       6. That same date, I sent an e-mail to Ritchie Bros. inquiring whether this was the
3 "net to John Davis Trucking?". Ritchie Bros. responded by e-mail that "yes" that was the
4 net. **Exhibit A.**

5       7. On April 14, 2015, I filed a Notice Of Auction Results attached to which was the
6 printout received from Ritchie Bros. on April 13, 2015. **DE 103**.

7       8. Subsequently, I received an Auction Settlement Statement from Ritchie Bros.
8 showing the April 20th Disbursement to JDT totaling $480,581.75. This record showed
9 gross sale proceeds of $533,500 less the 9.5% commission of $50,682.50 to Ritchie Bros.
10 **Exhibit A**.

11       9. Ritchie Bros. wired the net sale proceeds into the JDT operating account on April
12 21, 2015. **Exhibit A.**

13       10. The deposit is shown on the April 2015 monthly operating report. **DE 139.**

14       Dated: May 21, 2015.

15                                   **HARTMAN & HARTMAN**

17                                   /S/ Jeffrey L. Hartman
                                  Jeffrey L. Hartman