STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone:  (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Creditors' Committee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| IN RE: | Case No. BK-14-51643-btb<br>(Chapter 11) |
| JOHN DAVIS TRUCKING COMPANY, INC.,<br><br>Debtor. | **AMENDMENT TO APPLICATION FOR ORDER AUTHORIZING OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SPECIAL COUNSEL [GLOGOVAC & PINTAR]**<br><br>DATE:  June 30, 2015<br>TIME:   10:00 a.m. |

_____/

The duly-appointed Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case, filed an EX PARTE APPLICATION FOR ORDER AUTHORIZING OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SPECIAL COUNSEL [GLOGOVAC & PINTAR] [Docket No. 135] ("Application") on May 8, 2015.  At the request of the office of the United States Trustee, the Application was then set for hearing on June 30, 2015, at 10:00 a.m.   At the hearing, the Court requested that the Application be amended prior to entry of an Order approving the Application to reflect the fact that SCOTT A. GOLGOVAC, ESQ., of GOLGOVAC & PINTAR ("Special Counsel"), in addition to reviewing the insurance issues related to Hallmark Insurance Company, would also review insurance issues related to Argonaut Insurance Company.  Based on the Court's request, the Committee amends the Application as follows:

1

1
2  The Committee has voted to retain SCOTT A. GLOGOVAC, ESQ., of GLOGOVAC &
3  PINTAR as its special counsel, to assist the Committee in evaluating and analyzing the Debtor's
4  available insurance coverage under an excess liability policy with Hallmark Insurance Company
5  and the policy with Argonaut Insurance Company in effect at the time of the accident with the
6  Amtrak train on June 24, 2011.
7  Dated:        September 15th, 2015.
8
9                                              STEPHEN R. HARRIS, ESQ.
                                                HARRIS LAW PRACTICE LLC
10
11                                              /s/ Stephen R. Harris

12                                              _____
                                                Attorneys for Creditors' Committee
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28