_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
October 09, 2015
_____

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Creditors' Committee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

| IN RE: | Case No.: BK-14-51643-btb |
|---|---|
| | (Chapter 11) |
| JOHN DAVIS TRUCKING COMPANY, INC., | **ORDER APPROVING APPLICATION FOR ORDER AUTHORIZING OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SPECIAL COUNSEL [GLOGOVAC & PINTAR], AS AMENDED** |
| Debtor. | |
| _____/ | DATE: June 30, 2015<br>TIME: 10:00 a.m. |

The **EX PARTE APPLICATION FOR ORDER AUTHORIZING COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SPECIAL COUNSEL [GLOGOVAC & PINTAR]** filed on May 8, 2015 [Docket No. 135], with the supporting DECLARATION OF SCOTT GLOGOVAC [Docket No. 136], came before the Court for hearing after notice to all

1  creditors and parties in interest on June 30, 2015, at 10:00 a.m.; with Stephen R. Harris, Esq.,
2  appearing on behalf of the Committee of Unsecured Creditors; with Jeffrey L. Hartman Esq.,
3  appearing on behalf of the Debtor; with no objections having been filed and the Court having
4  considered all pleadings on file; and good cause appearing;

5      **IT IS HEREBY ORDERED** that the **APPLICATION FOR ORDER
6  AUTHORIZING OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO
7  EMPLOY SPECIAL COUNSEL [GLOGOVAC & PINTAR]** (Docket No. 135), as amended
8  by the **AMENDMENT TO APPLICATION FOR ORDER AUTHORIZING OFFICIAL
9  COMMITTEE OF UNSECURED CREDITORS TO EMPLOY SPECIAL COUNSEL
10 GLOGVAC & PINTAR** (Docket No. 204) filed on September 15, 2015**,** seeking to employ
11 Glogovac & Pintar as special counsel to the Official Committee of Unsecured Creditors, is
12 hereby approved, effective May 1, 2015, with said appointed special counsel to be reasonably
13 compensated as requested in the Application, and with such compensation subject to approval
14 by the Court.

15 **Prepared by:**
16 STEPHEN R. HARRIS, ESQ.
17 HARRIS LAW PRACTICE LLC

18 */s/ Stephen R. Harris*
19 _____
    Attorneys for Creditors' Committee
20

| Approved this 15th day of September, 2015:<br>JEFFREY L. HARTMAN, ESQ.<br>HARTMAN & HARTMAN<br><br>*/s/ Jeffrey L. Hartman*<br>_____<br>Attorneys for Debtor | Approved this 15th day of September, 2015.<br>NICHOLAS STROZZA, ESQ.<br>OFFICE OF THE UNITED STATES TRUSTEE<br><br>*/s/ Nicholas Strozz*<br>_____<br>Attorney for TRACY HOPE DAVIS,<br>U.S. Trustee |
|---|---|

27
28

Harris Law Practice LLC
6151 Lakeside Drive
Suite 2100
Reno, Nevada 89511
(775) 786 7600

## CERTIFICATION RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____   The court has waived the requirement set forth in LR 9021(b)(1).

____   No party appeared at the hearing or filed an objection to the motion.

__x__   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Jeffrey L. Hartman, Esq.                                          approved/~~disapproved~~
Attorney for Debtor

____   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Dated this 5th day of October, 2015

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*

_____
Attorneys for Committee

# # #