

_____
Honorable Bruce T. Beesley
United States Bankruptcy Judge

Entered on Docket
March 04, 2016

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, Nevada 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Official Committee
of Unsecured Creditors

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

\* \* \* \* \*

IN RE:

JOHN DAVIS TRUCKING COMPANY,

INC.,

                 Debtor.

_____/

Case No. 14-51643-BTB
(Chapter 11)

**ORDER CONFIRMING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SECOND AMENDED PROPOSED PLAN OF ORDERLY <u>LIQUIDATION, AS AMENDED</u>**

Hearing Date: February 10, 2016
Hearing Time: 2:00 p.m.

     The Official Committee of Unsecured Creditors ("Committee") for JOHN DAVIS TRUCKING COMPANY, INC., a Nevada corporation, Debtor and Debtor-In-Possession herein ("Debtor"), filed an OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SECOND AMENDED PROPOSED PLAN OF LIQUIDATION [Docket No. 257] on December 22, 2015

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

1

1   (the "Plan"), and the Plan came before the Court for a confirmation hearing after notice to all

2   creditors and parties in interest on February 10, 2016, at 2:00 p.m.; and in accordance with the

3   FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER

4   CONFIRMING OFFICIAL COMMITTEE OF UNSECURED CREDITORS' SECOND

5   AMENDED PROPOSED PLAN OF ORDERLY LIQUIDATION ("Findings") filed

6   concurrently herewith, and as amended in open Court; and good cause appearing;

7            **IT IS HEREBY ORDERED** that:

8            The Plan, as amended in open Court and now incorporated in the FINDINGS OF FACT

9   AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER CONFIRMING OFFICIAL

10  COMMITTEE OF UNSECURED CREDITORS' SECOND AMENDED PROPOSED PLAN

11  OF LIQUIDATION, and lodged concurrently herewith, is **CONFIRMED**.

12           **IT IS FURTHER ORDERED that:**

13           Within 30 calendar days after the date of entry of this Order, or within such additional

14  time that the Court may authorize, the Committee or Liquidating Trust (as this term is defined in

15  the Plan) shall file a motion for entry of an Order in aid of consummation of the Plan to

16  authorize the Liquidating Trust:

17               a) To take such actions, if any, and execute such documents, if any, as may be

18                  required for the Debtor entity to maintain its corporate entity status with the

19                  Nevada Secretary of State, as such status may be necessary for the

20                  Liquidating Trust's litigation purposes; and

21               b) To pay the reasonable costs of such maintenance.

22

23   **PREPARED AND SUBMITTED BY:**          APPROVED BY:
     STEPHEN R. HARRIS, ESQ.                JEFFREY L. HARTMAN, ESQ.
24   HARRIS LAW PRACTICE LLC                 HARTMAN & HARTMAN

25   */s/ Stephen R. Harris*                 */s/ Jeffrey L. Hartman*

26   _____             _____

27   Attorneys for Committee                 Attorneys for Debtor

28

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPROVED BY:
WILLIAM B. COSSITT, ESQ.
OFFICE OF THE U.S. TRUSTEE


*/s/ William B. Cossitt*
_____
Attorneys for Tracy Hope Davis


APPROVED BY:
JOHN MURTHA, ESQ.
WOODBURN & WEDGE

*/s/ John Murtha*
_____
Attorneys for John Davis and
Shane Davis

APPROVED BY
AMY TIRRE, ESQ.
LAW OFFICES OF AMY TIRRE, APC


*/s/ Amy Tirre*
_____
Attorney for National Railroad Passenger
Corporation


APPROVED BY:
SALLIE ARMSTRONG, ESQ.
DOWNEY BRAND LLP


*/s/ Sallie Armstrong*
_____
Attorneys for Argonaut Midwest Insurance

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE: (775) 786-7600

3

1

2

3 **CERTIFICATION RE: RULE 9021**

4

5 In accordance with Local Rule 9021, counsel submitting this document certifies that the order

6 accurately reflects the court's ruling and that (check one):

7 _____ The court has waived the requirement set forth in LR 9021(b)(1).

8 __ __ No party appeared at the hearing or filed an objection to the motion.

9 ___x__ I have delivered a copy of this proposed order to all counsel who appeared at

10 the hearing, and any unrepresented parties who appeared at the hearing, and each has

11 approved or disapproved the order, or failed to respond, as indicated below [list each

12 party and whether the party has approved, disapproved, or failed to respond to the

13 document]:

Jeffrey L. Hartman, Esq.                    Approved/~~Disapproved~~

14 Attorney for Debtor

15
William B. Cossitt, Esq.                    Approved/~~Disapproved~~

16 Attorney for Tracy Hope Davis

17
Amy Tirre, Esq.                             Approved/~~Disapproved~~

18 Attorney for National Railroad Passenger Corporation

19 Sallie Armstrong, Esq.                      Approved/~~Disapproved~~

Attorney for Argonaut Midwest Insurance
20

John Murtha, Esq.                           Approved/~~Disapproved~~
21 Attorney for John Davis and Shane Davis

22 _____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this

23 order with the motion pursuant to LR9014(g), and that no party has objected to the form

24 or content of the order.

25 Dated this  2nd day of March, 2016.

26 */s/ Stephen R. Harris*

27 _____

28 STEPHEN R. HARRIS, ESQ.

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE, LLC
6151 LAKESIDE DRIVE
SUITE 2100
RENO, NEVADA 89511
TELEPHONE:  (775) 786-7600